AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| MYKAEL LEE BOOKER | ) | 1:20-mj-495 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/22/2020__ in the county of __Kent__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Possession with Intent to Distribute Cocaine |
| 18 U.S.C. § 922(g) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

_Complainant's signature_

TFO Lindsey Moorehead, DEA
_Printed name and title_

Date: 11/23/2020

_Judge's signature_

City and state: Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
_Printed name and title_