UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MYKAEL LEE BOOKER,

    Defendant.
_____/

Case No. 1:20-mj-495

COMPLAINT
**PENALTY SHEET**

**Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)**
**Maximum penalty:** Not less than 5 years' and up to 40 years' imprisonment and $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Felon in Possession of Ammunition, 18 U.S.C. § 922(g)**
**Maximum penalty:** Not more than 10 years' imprisonment and/or $250,000 fine [18 U.S.C. § 924(a)(2)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

Date:  November 23, 2020

/s/ Jonathan Roth
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046