UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                  Case No. 1:20–mj–495

  v.                          Hon. Phillip J. Green

MYKAEL LEE BOOKER,

       Defendant.

_____/

## ORDER HOLDING DEFENDANT
## FOR PROCEEDINGS BEFORE THE GRAND JURY

     The parties appeared before me on November 25, 2020 for a preliminary examination on the complaint, which charges defendant with Possession with Intent to Distribute Cocaine; Felon in Possession of Ammunition in violation of 21U.S.C. § 841(a) and 18 U.S.C.§ 922(g). Defendant was represented by counsel and waived a preliminary examination on the record. Accordingly:

     IT IS ORDERED that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1.  An arraignment and initial pretrial conference if indicted, or status conference, is set before the undersigned on December 17, 2020 at 01:00 PM.

     IT IS SO ORDERED.


Dated:  November 25, 2020        /s/ Phillip J. Green_____
                              PHILLIP J. GREEN
                              U.S. Magistrate Judge