UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

MYKAEL LEE BOOKER,

        Defendant.

Case No. 1:20-cr-189

Hon. Paul L. Maloney

**<u>DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT</u>**

Defendant MYKAEL LEE BOOKER, through his/her attorney, submits the following initial pretrial conference summary statement.

I. <u>DISCOVERY</u>

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant ☒ will ☐ will not provide reciprocal discovery.

II. <u>TRIAL</u>

The defendant requests a ☒ jury ☐ non-jury trial.

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV. <u>OBLIGATIONS</u>

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date: December 17, 2020

/s/ Helen C. Nieuwenhuis
Counsel for Defendant

(Rev. 03/01/2019)