UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

JAMES MOORE ET AL.

        Defendant(s).

Case No. 1:20-cr-189

Hon. Paul L. Maloney

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. **DISCOVERY**

    A. **Statements of Defendant**

        1. **Oral Statements (Rule 16(a)(1)(A))**

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> contained in DEA6 reports re:
> - James Moore 12/1/20 interview
> - Mykael Booker 12/22/20 interview
> -Title III wire intercepts of all defendants from August - December 2020

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by December 31, 2020.

        2. **Written or Recorded Statements (Rule 16(a)(1)(B))**

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> James Moore 12/1/20 interview
> Mykael Booker 12/22/20 interview
> Title III wire intercepts of all defendants from August - December 2020

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by December 31, 2020.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☒ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
- ☒ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)
- ☒ Controlled Substances: cocaine, heroin, crack
- ☒ Records: business & residency paperwork
- ☒ Firearms: as listed in indictment
- ☒ Other: all other items listed in disclosed investigative reports

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
- ☒ State
- ☒ Federal:
  - Case No. _____   Re: see attached
  - Case No. _____   Re: _____
  - Case No. _____   Re: _____

☒ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with: DEA S.A. Alexis Giudice

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
- ☒ Drug Analysis    ☐ Handwriting       ☐ Fingerprints
- ☐ DNA              ☒ Firearms/Nexus    ☒ Gun Operability
- ☐ Computer Forensics  ☒ Other: cell phone & computer extractions

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☒ The Government will provide pretrial notice of 404(b) evidence by __2 wks before FPTC__.

G. <u>Other Discovery Matters</u>

n/a

## II. <u>TRIAL</u>

A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at __2 wks__.

## III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

No concessions unless plea hearing is completed at least 2 weeks before FPTC.

Date __December 17, 2020__     __Jonathan Roth__
                                Counsel for the United States

(Rev. 03/01/2019)