<u>Search & Seizure Warrants</u>

1:20-mj-261  Ping warrant (*9008)
1:20-mj-307  Tracker warrant (2008 GMC Yukon XL)
1:20-mj-356  Ping warrant (*9008)
1:20-mj-364  Outlook email address
1:20-mj-365  Ping warrant (*6143)
1:20-mj-398  Funds from BCU
1:20-mj-407  Funds from JPMC
1:20-mj-410  Funds from 5/3
1:20-mj-418  Ping warrant (*1927)
1:20-mj-422  Ping warrant (*6948)
1:20-mj-432  Tracker warrant (2020 GMC Terrain)
1:20-mj-435  Ping warrant (*4717)
1:20-mj-436  Tracker warrant (2020 Dodge Durango)
1:20-mj-444  Sandy Drive SW residence
1:20-mj-445  Riverview Avenue NW residence
1:20-mj-446  Lantern Drive NW residence
1:20-mj-455  Funds from JPMC
1:20-mj-456  U.S. currency
1:20-mj-474  2011 Mercedes Benz
1:20-mj-488  Eastern Avenue SE residence
1:20-mj-489  Division Avenue S business
1:20-mj-490  Burton Street residence
1:20-mj-491  Plainfield Avenue NE business
1:20-mj-492  Wingate Drive SE Apt 1A residence
1:20-mj-493  Wingate Drive SE Apt 2B residence
1:20-mj-499  Ping warrant (*2489)
1:20-mj-500  Cell phones
1:20-mj-501  Ping warrant (*4717)
1:20-mj-518  Prairie Street SW storage unit
1:20-mj-519  Guns & ammunition
1:20-mj-526  Cell phones
1:20-mj-538  2016 Dodge Ram
1:20-mj-539  2015 Audi A8