UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES ALLEN MOORE,
DENNIS LYNN CARTWRIGHT, JR.
EILAND KWEST JOHNSON, and
MYKAEL LEE BOOKER,

    Defendants.
_____/

Case No. 1:20-cr-189

Hon. PAUL L. MALONEY
U.S. DISTRICT JUDGE

SUPERSEDING INDICTMENT
**PENALTY SHEET**

1. **JAMES ALLEN MOORE**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Count 7 – Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)**
**Maximum penalty:** With a prior serious drug felony conviction, not less than 10 years' and up to life imprisonment and $8,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 8 years and up to life [21 U.S.C. § 841(b)(1)(B)] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 8 – Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)**
**Count 9 – Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)**
**Maximum penalty:** With a prior felony drug offense conviction, not more than 30 years' imprisonment and $2,000,000 fine [21 U.S.C. § 841(b)(1)(C)]
**Supervised Release:** Not less than 6 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 10 – Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)**
**Maximum penalty:** Not less than 15 years' and up to life imprisonment and $250,000 fine [18 U.S.C. § 924(e)]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 11 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)**
**Maximum penalty:**  Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 12 – Conspiracy to Commit Concealment Money Laundering, 18 U.S.C. § 1956(h) & (a)(1)(B)(i)**
**Count 13 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Count 14 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Count 15 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Maximum penalty:**  Not more than 20 years' imprisonment and a fine of $500,000 or twice the value of the monetary instruments or funds involved, whoever is greater [18 U.S.C. § 1956(a)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

**2.     DENNIS LYNN CARTWRIGHT, JR.**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Maximum penalty:**  Not less than 5 years' and up to 40 years' imprisonment and $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class B Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 5 – Possession with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Maximum penalty:**  Not more than 20 years' imprisonment and $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]
**Supervised Release:** Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 6 – Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)**
**Maximum penalty:**  Not more than 10 years imprisonment and/or $250,000 fine [18 U.S.C. § 924(a)(2)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 12 – Conspiracy to Commit Concealment Money Laundering, 18 U.S.C. § 1956(h) & (a)(1)(B)(i)**
**Count 13 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Count 14 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Count 15 – Concealment Money Laundering and Aiding and Abetting Concealment Money Laundering, 18 U.S.C. § 1956(a)(1)(B)(i)**
**Maximum penalty:**  Not more than 20 years' imprisonment and a fine of $500,000 or twice the value of the monetary instruments or funds involved, whoever is greater [18 U.S.C. § 1956(a)]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

3.     **EILAND KWEST JOHNSON**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**

**Maximum penalty:** With a prior serious drug felony conviction, not less than 10 years' and up to life imprisonment and $8,000,000 fine [21 U.S.C. § 841(b)(1)(B)]

**Supervised Release:** Not less than 8 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

4.   **MYKAEL LEE BOOKER**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**
**Count 2 – Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1)**
**Maximum penalty:**  Not less than 5 years' and up to 40 years' imprisonment and $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]
**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 3 – Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)**
**Maximum penalty:**  Not less than 15 years' and up to life imprisonment and $250,000 fine [18 U.S.C. § 924(e)]
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 4 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)**
**Maximum penalty:**  Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)
**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**


Date:  January 29, 2021                     /s/ Jonathan Roth
                                            Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046