UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES ALLEN MOORE, DENNIS LYNN CARTWRIGHT, JR, EILAND KWEST JOHNSON, and MYKAEL LEE BOOKER,

    Defendants.
_____/

Case No. 1:20-cr-189

HONORABLE PAUL L. MALONEY

## ORDER TAKING MOTION FOR CONTINUANCE UNDER ADVISEMENT

This matter is before the Court on the defendant Moore's request for a continuance pursuant to the Speedy Trial Act of 1974. 18 U.S.C. § 3161(h)(7). Currently, a final pretrial conference is scheduled for February 16, 2021 and jury trial is scheduled for February 23, 2021.

**IT IS HEREBY ORDERED** that the motion for ends of justice continuance (ECF No. 48) is **TAKEN UNDER ADVISEMENT**. Co-Defendants Dennis Lynn Cartwright, Jr, Eiland Kwest Johnson, and Mykael Lee Booker shall each file a signed statement indicating whether they consent to the request and to waive their rights to a speedy trial. The deadline to file such statement is **February 10, 2021.**

Dated: February 3, 2021                        /s/ Paul L. Maloney
                                                                                              Paul L. Maloney
                                                                                                 United States District Judge