UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

                                    Case No.   1:20-cr-189

v.

MYKAEL LEE BOOKER                   Hon. Paul L. Maloney
                           ,

      Defendant.

_____/

## CONSENT TO ADJOURNMENT

I understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161.  I have discussed this right with my attorney.  I understand that my attorney will be asking the Court for a continuance of the present trial date because additional time is needed.  I voluntarily agree to this continuance and agree that it is in my interest to do so.  I also believe it is in the interest of justice for a continuance to be granted.

Date: 2-4-21

_____
Defendant

(Rev. 10/12)