UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Hon. Paul L. Maloney
                                                  U.S. District Judge

v.

JAMES ALLEN MOORE and               Case No. 1:20-cr-189
MYKAEL LEE BOOKER,

       Defendants.
_____/

**CERTIFICATE IN ACCORDANCE WITH
LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 15-RL-78**

      In accordance with L. Crim. R. 12.4 and Administrative Order No. 15-RL-78, the United States attempted to contact counsel in an attempt to seek concurrence on the motion. Counsel for Moore has no objection to the motion. Counsel for Booker has not yet responded to the inquiry.

                                                  Respectfully submitted,

                                                  ANDREW BYERLY BIRGE
                                                  United States Attorney

Dated: March 24, 2021                  /s/ Jonathan Roth
                                                  JONATHAN ROTH
                                                  Assistant United States Attorney
                                                  P.O. Box 208
                                                  Grand Rapids, MI 49501-0208
                                                  (616) 456-2404