UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF REASSIGNMENT OF
CASE NO. 1:20-CR-189 PURSUANT TO
LOCAL CIVIL RULE 56.5,

_____/

Administrative Order
No. 21-CA-026

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES ALLEN MOORE,
DENNIS LYNN CARTWRIGHT, JR.,
EILAND KWEST JOHNSON and
MYKAEL LEE BOOKER,

      Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:20-CR-189

**WHEREAS,** the above case is currently assigned to the Honorable Paul L. Maloney; and

**WHEREAS**, Case No. 1:21-CR-69, *U.S. v.* Mason, *et al.*, a case recently assigned to the undersigned, involves a common defendant with 1:20-CR-189; and

**WHEREAS**, Magistrate Green having found that Case No. 1:21-CR-69 is related to Case No. 1:20-CR-190, a case assigned to the undersigned, as they involve a common defendant; and

**WHEREAS** with the consent of both Judges Maloney and Jonker, and to promote judicial economy, Case No. 1:20-CR-189 is reassigned to the undersigned.

**IT IS FURTHER ORDERED** that a copy of the Administrative Order shall be filed in the cases referenced herein.

Dated:    April 5, 2021

_____
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE