UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                     File No: 1:20-CR-189

                                             HON. ROBERT J. JONKER

DENNIS LYNN CARTWRIGHT, JR. and
MYKAEL LEE BOOKER,

       Defendants.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court are motions filed by defendants Cartwright and Booker for an ends of justice continuance of the final pretrial presently scheduled for April 19, 2021, and trial scheduled for April 27, 2021. Both defendants state the need for additional time to receive and review discovery that is described as being voluminous. Counsel for defendant Booker also indicates the need to then review the discovery with her client and discuss legal options. Counsel for defendant Cartwright points to a pending motion for bill of particulars and for return of defendant's business and personal records filed March 31, 2021, that needs resolution. Counsel for the government does not object to the request for continuance. Defendant Booker has executed a Consent to Adjournment. Defendant Cartwright is on bond. Co-defendant Johnson is scheduled for a change of plea hearing on April 13, 2021. Co-defendant Moore is currently scheduled for sentencing on June 14, 2021.

The Court finds that the ends of justice served by the granting of a continuance outweighs

the best interest of the public and the defendants in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered.  The final pretrial conference is rescheduled to **August 2, 2021 at 10:00 a.m.**  All motions shall be filed on or before **June 14, 2021**.  Jury trial is rescheduled to **August 17, 2021 at 8:30 a.m.**

Date:    <u>April 5, 2021</u>                    /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE