UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:20–cr–189

    v.                             Hon. Robert J. Jonker

MYKAEL LEE BOOKER,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Change of Plea Hearing
Date/Time:               July 7, 2021   10:00 AM
Chief Judge:            Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

                                          ROBERT J. JONKER
                                          Chief United States District Judge

Dated:  July 1, 2021          By:    /s/ Susan Driscoll Bourque
                                            Case Manager