# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. MYKAEL LEE BOOKER | | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:20-cr-189 | 7/7/21 | 10:04 - 10:10 a.m.<br>10:24 - 10:30 a.m. | Grand Rapids | |

### APPEARANCES

| Government:<br>Kristin Pinkston | Defendant:<br>Helen Nieuwenhuis | Counsel Designation:<br>FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>　__ mute　__ nolo contendre<br>　__ not guilty　__ guilty<br>__ Final Pretrial Conference<br>__ Detention   (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: _____ | Charging Document:<br>　__ Read　__ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes  __ No<br>Defendant informed of right to appeal:  __ Yes  __ No<br>Counsel informed of obligation to file appeal:  __ Yes  __ No<br>Conviction Information:<br>　Date: _____<br>　By: _____<br>　As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Time set for change of plea.  Plea not entered.  Parties to brief issues raised by Court.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**  Paul Brandell | **Case Manager:**  S. Bourque |