UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MYKAEL LEE BOOKER,

    Defendant.
                                   /

Case No. 1:20-cr-189

Hon. Robert J. Jonker
Chief United States District Judge

**DEFENDANT'S MEMORANDUM REGARDING § 924(C)**

The government charged Mr. Booker in Count 4 of the Indictment (ECF No. 23) with Possession of a Firearm in Furtherance of Drug Trafficking. During the change of plea hearing on July 7, 2021, the Court questioned whether and how the government could establish that the pistol referenced in Count 4 qualifies as a "firearm." The Court adjourned the plea hearing to give the parties the opportunity to brief the issue. The Court also indicated that if Mr. Booker proceeds with the guilty plea, the Court would require that he admit the minimal factual basis for the charge, and if Mr. Booker is unable to do so, the Court will set the matter for trial. (ECF No. 121).

After careful consideration of the issue and thorough consultation with counsel, Mr. Booker indicates he wishes to proceed with entering a guilty plea.

                                                    Respectfully submitted,

                                                    SHARON A. TUREK
                                                    Federal Public Defender

Dated: July 15, 2021                    /s/ Helen C. Nieuwenhuis
                                                    HELEN C. NIEUWENHUIS
                                                    First Assistant Federal Public Defender
                                                    50 Louis, NW, Suite 300
                                                    Grand Rapids, Michigan 49503