UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,        Case No. 1:20–cr–189

v.             Hon. Robert J. Jonker

MYKAEL LEE BOOKER,

   Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s): Change of Plea Hearing
Date/Time:    July 20, 2021   03:30 PM
Magistrate Judge: Ray Kent
Place/Location:  584 Federal Building, Grand Rapids, MI


              RAY KENT
              U.S. Magistrate Judge

Dated:  July 16, 2021  By:   /s/ Stephanie Carpenter
              Courtroom Deputy