## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Mykael Lee Booker | | Mag. Judge: | Ray Kent |
|---|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-00189-RJJ-4 | July 20, 2021 | 3:34 - 3:58 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Jonathan Roth | Helen C. Nieuwenhuis | |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Superseding Indictment, Counts 1s-4s | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention    (waived __)
- __ Preliminary    (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of ____
- ✓ Consent to Mag. Judge for  Plea
- __ Other: ____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: ____

### CHANGE OF PLEA
Guilty Plea to Count(s) 1s-4s
of the Superseding Indictment

Count(s) to be dismissed at sentencing:
(None.)

Presentence Report:
  ✓ Ordered    __ Waived

__ Plea Accepted by the Court

✓ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION

### SENTENCING
Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____
Plea Agreement Accepted:    __Yes   __No
Defendant informed of right to appeal:    __Yes   __No
Counsel informed of obligation to file appeal:  __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ ____ |
| **CASE TO BE:**  Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**  S. Carpenter |