# Attachment 1

## Chemical Analysis Report

**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

Grand Rapids District Office
330 Ionia Avenue Northwest, Suite 201
Grand Rapids, MI 49503

**Case Number:** IC-20-0029
**LIMS Number:** 2020-SFL5-08787

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 8.01 | No Controlled Substances | 1958.4 g ± 0.5 g | ---- | ---- |
| 8.02 | No Controlled Substances | 886.9 g ± 0.2 g | ---- | ---- |

**Remarks:**
Exhibit 8.01: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 8.02: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 12/01/2020    **Gross Weight:** 3010 g    **Date Received by Examiner:** 07/29/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 8.01 | 2 | Other | Powder | 1958.2 g |
| 8.02 | 1 | Ziplock Plastic Bag | Powder | 885.4 g |

**Remarks:**
Exhibit 8.01: Packaging is 1 multilayered package and 1 plastic evidence envelope.

### Exhibit Analysis:

**Sampling:**

Exhibit 8.01: No controlled substance(s) identified in 2 unit(s) tested of 2 unit(s) received.

Exhibit 8.02: A composite was formed from 1 unit for testing of 1 unit received. No controlled substance(s) identified in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 8.01 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |
| 8.02 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Matthew R. Manney, Senior Forensic Chemist    **Date:** 08/10/2021
**Approved By:** /S/ Jason A. Bordelon, Supervisory Chemist    **Date:** 08/11/2021