UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DENNIS LYNN CARTWRIGHT, JR. **&**
MYKAEL LEE BOOKER,

       Defendants.

_____/

Case No. 1:20-cr-189

Hon. ROBERT J. JONKER
Chief U.S. District Judge

SECOND
SUPERSEDING INDICTMENT
**PENALTY SHEET**

1. **DENNIS LYNN CARTWRIGHT, JR.**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**

**Maximum penalty:** Not less than 5 years' and up to 40 years' imprisonment and $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]

**Supervised Release:** Not less than 4 years up to life [21 U.S.C. § 841(b)(1)(B)] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 4 – Possession with Intent to Distribute Cocaine, 21 U.S.C. § 846 & 21 U.S.C. § 841(a)(1)**

**Maximum penalty:** Not more than 20 years' imprisonment and $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 5 – Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)**

**Maximum penalty:** Not more than 10 years imprisonment and/or $250,000 fine [18 U.S.C. § 924(a)(2)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 6 – Conspiracy to Commit Concealment Money Laundering, 18 U.S.C. § 1956(h) & (a)(1)(B)(i)**

**Maximum penalty:**  Not more than 20 years' imprisonment and a fine of $500,000 or twice the value of the monetary instruments or funds involved, whoever is greater [18 U.S.C. § 1956(a)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

2.   **MYKAEL LEE BOOKER**

**Count 2 – Possession with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1)**

**Maximum penalty:**  Not more than 20 years' imprisonment and $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Count 3 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)**

**Maximum penalty:**  Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

Date:  October 20, 2021                    /s/ Jonathan Roth
                                           Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046