UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:20–cr–189

   v.                                 Hon. Jane M. Beckering

MYKAEL LEE BOOKER,

       Defendant.
_____/

**NOTICE REGARDING REASSIGNMENT OF CASE**

      NOTICE is hereby given that this case is reassigned to District Judge Jane M. Beckering for all further proceedings under Administrative Order number 22–CA–001. Chief Judge Robert J. Jonker is no longer assigned to the case.

Unless notified otherwise under separate notification, all current deadlines and any scheduled hearings will remain as previously scheduled.

                                                CLERK OF COURT

Dated:  January 5, 2022        By:   /s/ S. Kivela_____
                                                Deputy Clerk