UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DENNIS LYNN CARTWRIGHT, JR. **&**
MYKAEL LEE BOOKER,

        Defendants.

_____/

Case No. 1:20-cr-189

Hon. JANE M. BECKERING
U.S. District Judge

THIRD
SUPERSEDING INDICTMENT
**PENALTY SHEET**

**1.　　DENNIS LYNN CARTWRIGHT, JR.**

**Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(ii) 841(b)(1)(C), 841(b)(1)(D)**

**Maximum penalty:**　　At least 5 years and up to 40 years imprisonment; a $5,000,000 fine [21 U.S.C. § 841(b)(1)(B)]

**Supervised Release:**　　At least 4 years and up to life [21 U.S.C. § 841(b)(1)(B)]

**Special Assessment**:　　$100 [18 U.S.C. § 3013]

**Count 4 – Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)**

**Maximum penalty:**　　Not more than 20 years' imprisonment and $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]

**Supervised Release:**　　Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)]

**Special Assessment:**　　$100 [18 U.S.C. § 3013]

### Count 5 – Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1)

**Maximum penalty:** Not more than 10 years imprisonment and/or $250,000 fine [18 U.S.C. § 924(a)(2)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583]

**Special Assessment**: $100 [18 U.S.C. § 3013]

### Count 6 – Possession with Intent to Distribute Marijuana, 21 U.S.C. §§ 841(a)(1), (b)(1)(D)

**Maximum penalty:** Not more than 5 years' imprisonment and $250,000 fine [21 U.S.C. § 841(b)(1)(D)]

**Supervised Release:** Not less than 2 years and up to life [21 U.S.C. § 841(b)(1)(D)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

### Count 7 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)(i)

**Maximum penalty:** Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

### Count 8 – Conspiracy to Commit Concealment Money Laundering, 18 U.S.C. § 1956(h) & (a)(1)(B)(i)

**Maximum penalty:** Not more than 20 years' imprisonment and a fine of $500,000 or twice the value of the monetary instruments or funds involved, whoever is greater [18 U.S.C. § 1956(a)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

### FORFEITURE

2.  **MYKAEL LEE BOOKER**

**Count 2 – Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)**

| | |
|---|---|
| **Maximum penalty:** | Not more than 20 years' imprisonment and $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)] |
| **Supervised Release:** | Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)] |
| **Special Assessment:** | $100 [18 U.S.C. § 3013] |

**Count 3 – Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)(i)**

| | |
|---|---|
| **Maximum penalty:** | Not less than 5 years' and up to life imprisonment to be served consecutively to any other term of imprisonment and $250,000 fine [18 U.S.C. § 3571] |
| **Supervised Release:** | Not more than 5 years [18 U.S.C. § 3583] (Class A Felony, 18 U.S.C. § 3559) |
| **Special Assessment**: | $100 [18 U.S.C. § 3013] |

**FORFEITURE**

Date:  March 17, 2022                    /s/ Austin Hakes
                                         Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046

3