UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MYKAEL LEE BOOKER,

      Defendant.
_____/

Case No. 1:20-cr-189

Hon. Jane M. Beckering
United States District Judge

**PROPOSED VOIR DIRE FOR MYKAEL BOOKER**

Helen C. Nieuwenhuis, First Assistant Federal Public Defender, counsel for Mykael Lee Booker, respectfully submit the following proposed voir dire in this matter:

1. This case involves the alleged possession with intent to distribute cocaine, does anyone have any strong feelings about cocaine?

2. This case involves firearms, does anyone have strong feelings about firearms?

3. Can you be a fair and impartial juror in a case about firearms?

4. Does anyone feel that they cannot be a fair and impartial juror in this case because Mr. Booker is African American?

5. Does anyone feel that because Mr. Booker is in Court today, he probably is guilty?

6. Do you have any feelings towards Mr. Booker simply because he has been accused of a crime?

7. Do you believe that an innocent person could be arrested and charged with a crime?

8. How would you feel if Mr. Booker does not testify?

9. Do you believe that Mr. Booker needs to testify to be acquitted?

10. What do you believe that Mr. Booker needs to prove to be acquitted?

11. Would you require Mr. Booker to prove to you that he has not committed a crime?

12. Have you, a family member, or a close friend ever had any dealings with a law enforcement agency? If so, please explain.

13. Does anyone believe that testimony by law enforcement officers is credible, simply because that person is a law enforcement officer?

14. Will you be able to judge the credibility of each witness equally, including law enforcement officers?

15. Have you or any member of your family ever been the victim of a crime? If so, please explain.

16. How would you feel if the Court told you that the entire burden of proof in this case rests with the government? Would anyone feel that was not fair?

17. Do you understand that if you are not convinced beyond a reasonable doubt that he is guilty, you are fulfilling your duty as a juror by acquitting Mr. Booker?

18. In a criminal trial, the prosecution presents witnesses and evidence first; afterwards, Mr. Booker can present witnesses and evidence, if he chooses to do so. Can you avoid making up your mind until you have heard all of the evidence?

19. Will you be able to reach a decision in this case by only considering the facts in evidence?

20. There is currently a global pandemic related to COVID-19 or the coronavirus, does anyone believe that will affect their ability to be a fair and impartial juror?

21. Will concerns about the coronavirus affect your ability to concentrate on the trial?

22. Will concerns about the coronavirus affect your ability to deliberate in a room with 11 other jurors?

23. Do you know of any reason you could not serve in this case as a fair and impartial juror?

24. Is there any other information that you have not been asked about that you believe the Court or the parties should know before the final jury selection occurs?

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated: March 22, 2022

/s/ Helen C. Nieuwenhuis
HELEN C. NIEUWENHUIS
First Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420

PEDRO CELIS
Research & Writing Specialist