UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS LYNN CARTWRIGHT, JR. and
MYKAEL LEE BOOKER,

    Defendants.
_____/

Case No. 1:20-cr-189

HON. JANE M. BECKERING

# ORDER

On February 7, 2022, an order was issued setting the final pretrial conference for March 28, 2022 and the jury trial for April 12, 2022, and requiring certain submissions no later than March 23, 2022 (ECF No. 190).  A review of the court record reveals that Defendant Dennis Lynn Cartwright, Jr. has failed to file his proposed voir dire questions.  In addition, the government filed a Proposed Preliminary Jury Instruction (ECF No. 198), which the Court construes as a joint statement of the case and statement of the elements of the charged offenses.  Although the Joint Statement is only signed by counsel on behalf of the government, the filing indicates that the submission is joint as to the government and Defendant Mykael Lee Booker.  Furthermore, the filing claims that no response was received from Defendant Cartwright's counsel.[1]  To the extent Defendant Cartwright was unable to agree on the Joint Statement, he failed to file a separate statement.  Accordingly:

---

[1] The Proposed Jury Instructions (ECF No. 197) and Proposed Jury Verdict Forms (ECF No. 199) also indicate that they are joint as to the government and Defendant Booker, and that no response was received from Defendant Cartwright's counsel.

**IT IS HEREBY ORDERED** that Defendant Cartwright shall, not later than **noon (12:00 p.m.) on March 25, 2022**, file proposed voir dire questions, and file a notice indicating whether he agrees with the Joint Statement (ECF No. 198) or a separate statement.

**IT IS FURTHER ORDERED** that Defendant Cartwright shall, not later than **March 31, 2022**, file a notice indicating whether he agrees with the proposed jury instructions and proposed jury verdict forms.

**IT IS FURTHER ORDERED** that, in the event Defendant Cartwright does not agree to the proposed jury instructions and proposed jury verdict forms, the parties remaining for trial shall, not later than **five (5) business days** prior to the trial, jointly file revised proposed jury instructions and proposed jury verdict forms.

Dated: March 24, 2022                                         /s/ Jane M. Beckering
                                                              JANE M. BECKERING
                                                              United States District Judge