UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:20−cr−189

v.                                   Hon. Jane M. Beckering

MYKAEL LEE BOOKER,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:            July 26, 2022   11:00 AM
District Judge:       Jane M. Beckering
Place/Location:      601 Federal Building, Grand Rapids, MI

                                              JANE M. BECKERING
                                              United States District Judge

Dated:  March 25, 2022        By:   /s/ Rick M. Wolters
                                                  Case Manager