UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                                No. 1:20-cr-189

        vs.                                      Hon. JANE M. BECKERING
                                                      United States District Judge

MYKAEL LEE BOOKER,

        Defendant.

_____/

## JOINT MOTION TO ADJOURN SENTENCING

The parties in the above-captioned case come before the Court and state as follows:

1.     The above captioned case is currently scheduled for sentencing on July 26, 2022. Sentencing memoranda are presently due on July 19, 2022.

2.     The defendant has objected to his designation as an armed career criminal in ¶ 95 of his Presentence Investigation Report. (*See* ECF No. 261, Final PSR, PageID.1350.) The objection arises from the separate definitions of "cocaine" within applicable federal and state law. (*See* ECF No. 259, PSR Objection Letter, PageID.1325-26.)

3.     Resolution of this issue requires reference to expert opinion and material; only by doing so can the parties adequately inform the Court of the applicable science and law.

3.     The same issue was raised in the case of United States v. *James Earl Robinson*, 1:21-cr-118. The parties in that case litigated the issue at a sentencing hearing on or about February 4, 2022.

4. To avoid duplicative expert testimony on the same topic, the parties in this case have agreed to stipulate to the admission and/or use of the transcript from the February 4, 2022 hearing in the *Robinson* case.

5. The parties request that the Court grant a 21-day extension of the deadline to file sentencing memoranda in this case. To accommodate this additional briefing time, the parties request a 28-day adjournment of the present sentencing date. This will allow the parties to adequately brief the issues raised by the defense objection.

6. Defense counsel conferred with the defendant in person on or about July 15, 2022. The defendant agrees with the request for adjournment in order to allow adequate briefing.

For these reasons, the parties ask this Court to grant an order adjourning the current sentencing hearing by a period of 28 days and adjourning the deadline for sentencing memoranda by a period of 21 days.

MARK A. TOTTEN
United States Attorney

Dated: July 18, 2022            /s/ *Austin J. Hakes*
AUSTIN J. HAKES
ERIN K. LANE
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404

*/s/   Helen Nieuwenhuis (with permission)*
HELEN NIEWUENHUIS
Assistant Federal Public Defender
50 Louis St. NW, Suite 300
Grand Rapids, Michigan 49506
(616) 742-7420

3