UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MYKAEL LEE BOOKER,

    Defendant.
_____/

Case No. 1:20-cr-189-4

HON. JANE M. BECKERING

### ORDER

This matter is before the Court on the parties' Stipulation of Admissibility of Prior Testimony at Defendant's Sentencing Hearing (ECF No. 278), seeking to allow the testimony of the experts (ECF No. 278-1) that was provided in the *United States v. Robinson*, W.D. Mich. No. 1:21-cr-00118-PLM, to be admitted in support of the parties' arguments in the instant case. The Court having reviewed the Stipulation and prior testimony:

**IT IS HEREBY ORDERED** that the Stipulation of Admissibility of Prior Testimony at Defendant's Sentencing Hearing (ECF No. 278) is GRANTED.

Dated: September 6, 2022

      /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge