# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Mykael Lee Booker  **DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-189-4 | 9/16/2022 | 11:10 AM - 12:34 PM | Grand Rapids | |

### APPEARANCES

**Government:** Austin Jacob Hakes, Kathryn Dalzell

**Defendant:** Helen Nieuwenhuis, James Fisher, **

**Counsel Designation:** FPD Appointment

### TYPE OF HEARING
- __ Arraignment: __ mute  __ nolo contendere  __ not guilty  __ guilty
- __ Final Pretrial Conference
- __ Detention  (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:  __ Read   __ Reading Waived

Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

**Imprisonment:** 180 Months, concurrent
**Probation:**
**Supervised Release:** 4 Years/3 Years/3 Years
**Fine:** $ 1,500.00
**Restitution:** $
**Special Assessment:** $ 300.00

Plea Agreement Accepted: ✓ Yes __ No
Defendant informed of right to appeal: ✓ Yes __ No
Counsel informed of obligation to file appeal: ✓ Yes __ No

Conviction Information:
- Date: 7/20/2021 & 3/25/2022
- By: Plea
- As to Count(s): One & Three (SI)/Two (TSI)

**ADDITIONAL INFORMATION:**
**Jasna Tosic, and Pedro Celis.

The Indictment, Counts Two and Four of the Superseding Indictment (SI), the Second Superseding Indictment, and Counts One and Three of the Third Superseding Indictment (TSI) are dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**  **TYPE OF HEARING:**

**Reporter/Recorder:** Melinda Dexter  **Case Manager:** R. Wolters