**United States District Court for the** Western

**District of** Michigan

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                        Case No.   1:20-cr-189

MYKAEL LEE BOOKER,

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that _____ Mykael Lee Booker _____,
                              *Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the Final Judgment in a Criminal Case _____
                    *The final judgment, from an order describing it*

entered in this action on the ___16th___ day of _____ September , 2022 _____.

                              (s) Helen C. Nieuwenhuis _____

                              Address: 50 Louis, NW, Suite 300 _____

                                       Grand Rapids, MI 49503 _____

                                       (616) 742-7420 _____

                              Attorney for  Defendant Booker _____

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☑
    Court of Appeals  ☑

6CA-3
11/16